[No. 31620-3-III.   Division Three.   October 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON M. COTTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02249-7, Annette S. Plese, J., entered April 19, 2013. *Remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31659-9-III.   Division Three.   October 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY AUSTIN ASHLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-00221-9, Ruth E. Reukauf, J., entered April 24, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31818-4-III.   Division Three.   October 16, 2014.]

TARGET CORPORATION, *Appellant*. v. PATRISIA VOWELS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-2-02650-6, Cameron Mitchell, J., entered June 19, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31961-0-III.   Division Three.   October 16, 2014.]

*In the Matter of the Marriage of* SHANNON MARIE LANGFORD, *Respondent*, and CHAD FRANKLIN LANGFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-3-50160-9, Salvador Mendoza Jr., J., entered September 5, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo, J.; Lawrence-Berrey, J., dissenting.